IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANELLE QUINN, individually and on behalf of her minor child D.J.Q. Jr. | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:22-cv-00051-JRH-BKE<br>) |
| COLUMBIA COUNTY SCHOOL DISTRICT | )<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |
| Defendant. | ) |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW, Ms. Quinn and Jr., by and through their undersigned counsel, to submit their opposition to Defendant's Motion for Summary Judgment. Plaintiffs attach hereto, their responses to Defendant's Statement of Material Facts, their Statement of Additional Material Facts, their Brief in Support, Appendix of Exhibits, Declaration, Exhibits, and other evidence already in the record.

This 22nd day of May 2023.

/s/ Angelik Edmonds
Angelik Edmonds
Attorney for Plaintiffs
GA Bar: 650757
Edmonds Law Office of Civil Rights LLC
135 Auburn Avenue NE, Suite B
Atlanta, Georgia 30303
O: 678-404-1239
F: +1 678-623-9090
E: angie@aedmondslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANELLE QUINN, individually and on behalf of her minor child D.J.Q. Jr. | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:22-cv-00051-JRH-BKE ) |
| COLUMBIA COUNTY SCHOOL DISTRICT | ) ) ) ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

This is to certify that I electronically served Plaintiffs' Opposition to Defendant's Motion for Summary Judgment to the attorneys of record, William L. Fletcher, Jr. at willfletcher@fhflaw.com and Troy A. Lanier at tlanier@tlanierlaw.com.

DATE: This 22nd day of May, 2023

Respectfully submitted,

/s/Angelik Edmonds

Angelik Edmonds<br>
Attorney for Plaintiffs<br>
GA Bar: 650757<br>
Edmonds Law Office of Civil Rights LLC<br>
135 Auburn Ave., Suite B<br>
Atlanta, Georgia 30303<br>
O: 678-404-1239<br>
F: +1 678-623-9090<br>
E: angie@aedmondslaw.com