IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANELLE QUINN, individually and on behalf of her minor child D.J.Q. Jr. | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:22-cv-00051-JRH-BKE ) |
| COLUMBIA COUNTY SCHOOL DISTRICT | ) ) ) ) ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) |

**PLAINTIFF'S APPENDIX IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs submit the following exhibits in support of their opposition to

Defendant's Motion for Summary Judgment.

Exhibit 1: Quinn Transfer Request Emails

Exhibit 2: Dr. Michael Doolittle 2.24.2021 Notes

Exhibit 3: Defendant's Responses to Plaintiff's Second Interrogatories to Defendant and First Request for Admissions

Exhibit 4: DOE Complaint

Exhibit 5: Police Report

Exhibit 6: MFLC Operational Manual

Exhibit 7: Out of the Box Therapy Receipts

Exhibit 8: Out of the Box Therapy Records & Report

Exhibit 9: Gas Receipts

Exhibit 10: Sherman-Welch Emails 4.29.2021

DATE: This 22nd day of May, 2023.

Respectfully submitted,

/s/Angelik Edmonds  
Angelik Edmonds  
Attorney for Plaintiffs  
GA Bar: 650757  
Edmonds Law Office of Civil Rights LLC  
135 Auburn Ave., Suite B  
Atlanta, Georgia 30303  
O: 678-404-1239  
F: +1 678-623-9090  
E: angie@aedmondslaw.com