# EXHIBIT 1

 **Gmail**   Janelle Quinn <quinnjanelle@gmail.com>

## Waiver Request
3 messages

**Janelle Quinn** <quinnjanelle@gmail.com>   Fri, Apr 2, 2021 at 2:49 PM
To: tsmallwood@ccboe.net

Good Afternoon Mr. Smallwood,

I am requesting a waiver to attend Greenbrier Elementary. We are currently zoned for Parkway Elementary. I am requesting the change due to an incident that occurred at Parkway in which an educator engaged in inappropriate behavior. The county saw fit to keep her in the school which has caused various challenges. Please let me know, if a more detailed explanation is needed. Thank you.

Respectfully,
Janelle Quinn

**Smallwood, Tom** <tsmallwood@ccboe.net>   Tue, Apr 13, 2021 at 6:55 AM
To: Janelle Quinn <quinnjanelle@gmail.com>

Good morning,

I will need additional information in order to process your waiver request. I will need your home address and phone number, the name and grade your child will be in for the 2021-2020 school year and more details what is inhibiting your child from receiving the proper education in their zoned school.

Thank you,



Tom Smallwood

Hearing Officer

Phone: (706)-706-541-2723 ext 5237

4781 Hereford Farm Rd. Evans, GA 30809



**From:** Janelle Quinn <quinnjanelle@gmail.com>
**Sent:** Friday, April 2, 2021 2:50 PM
**To:** Smallwood, Tom <tsmallwood@ccboe.net>
**Subject:** Waiver Request

CAUTION: This email originated from outside of the Columbia County School District. Do not click links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

---

**Janelle Quinn** <quinnjanelle@gmail.com>     Thu, May 6, 2021 at 9:51 AM
To: "Smallwood, Tom" <tsmallwood@ccboe.net>

My home address is ▮▮▮▮▮▮▮▮▮▮▮▮. My phone number is ▮▮▮▮▮▮▮. My child's name is D▮▮▮ Q▮▮▮ Jr. and he will be in the 4th grade for the 2021-2022 school year.

This incident has caused distress as the educator is still in the school following this incident. My child essentially does not have a counselor in his school as I have requested no contact between my child and the educator. I was informed by Michele Sherman that she would make you aware of this request following my conversation with her on April 2nd. I have also attached a letter for your review.

Respectfully,
Janelle Quinn

 Letter

[Quoted text hidden]



**Columbia County**
SCHOOL DISTRICT

Janelle Quinn

May 10, 2021

REFERENCE: D▇▇ Q▇▇ (4th Grade)

Dear Ms. Quinn:

I have received the waiver request for your child, D▇▇ Q▇▇, to attend Greenbrier Elementary School beginning August 2021. Based on the information provided, and in accordance with policy JBCC, I am able to grant this waiver.

This waiver is being granted for the duration of time D▇▇ is in elementary school. D▇▇ will be required to attend his zoned school in middle school. It will be your responsibility to provide transportation to and from school for D▇▇.

Please notify my office and the school should your status change. If you have any further questions, please call 706-541-0650.

Sincerely,

Tom Smallwood
Hearing Officer
Columbia County Board of Education

cc: Ms. Mary Bridges, Principal, Greenbrier Elementary School
Dr. Mike Doolittle, Principal, Parkway Elementary School