# EXHIBIT 5

**INCIDENT/INVESTIGATION REPORT**

** Contains Restricted Names **

| | | |
|---|---|---|
| Agency Name | | Case# 21-007767 |
| *Columbia County Sheriff`s Office* | | Date / Time Reported *04/28/2021 14:09  Wed* |
| ORI *GA 0360000* | | Last Known Secure *01/19/2021 14:09  Tue* |
| Location of Incident *2660 WILLIAM FEW PKWY, Evans GA 30809* | Gang Relat NO | Premise Type *School-elementary/se* | Beat/Beat B11 | At Found *01/19/2021 14:09  Tue* |

**INCIDENT DATA**

| | Crime Incident(s) (Com) | Weapon / Tools None | | | Activity N |
|---|---|---|---|---|---|
| #1 | *Trouble With Subject Informational Report - 2848-IR* | Entry | Exit | Security | |
| #2 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |
| #3 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

MO

**VICTIM**

# of Victims *0*    Type:    Injury:    Domestic: NO

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | Home Address | | Email | | | | Home Phone | |
| | Employer Name/Address | | | | Business Phone | | Mobile Phone | |
| | VYR | Make | Model | Style | Color | Lic/Lis | VIN | |

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

Type:  INDIVIDUAL( NON LE)    Injury:

| Code IC | Name (Last, First, Middle) *QUINN, JANELLE STANSBERRY* | Victim of Crime # | DOB */    /9 Age 41* | Race W | Sex F | Relationship To Offender | Resident Status *Non-Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | Home Address *2448 SUNFLOWER DR  EVANS, GA 30809* | | Email | | | | Home Phone *706-421-8904* | |
| | Employer Name/Address | | | | Business Phone | | Mobile Phone | |

Type:  INDIVIDUAL( NON LE)    Injury:

| Code IO | Name (Last, First, Middle) *JUVENILE* *Restricted* | Victim of Crime # | DOB */ /* Age | Race B | Sex M | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | Home Address | | Email | | | | Home Phone | |
| | Employer Name/Address | | | | Business Phone | | Mobile Phone | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | |
|---|---|
| Officer/ID# *DURAND, C. H. (PAT, PAT) (95268)* | |
| Invest ID# *(0)* | Supervisor *THACKER, B. P. (ASD, TAC) (93417)* |

**Status**

| Complainant Signature | Case Status *Closed*     *04/28/2021* | Case Disposition: | Page 1 |
|---|---|---|---|

# Incident Report Additional Name List

*Columbia County Sheriff's Office*

OCA: *21-007767*

Additional Name List

## ** *Contains Restricted Names* **

| | Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| 1) | *IO* | *2* | *OWENS, JULIA STRICKLAND* | | | *55* | *W* | *F* |

*Restricted*    **Address**                                                                      H: *706-231-5249*

**Empl/Addr** *Parkway Elem School, 2660 William Few Pkwy*                    B: *-  -*

Mobile #:

## INCIDENT/INVESTIGATION REPORT

*Columbia County Sheriff's Office*

Case # *21-007767*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE (NO BIAS)*

**N A R R A T I V E**

On 04-28-21 I spoke with Janelle Quinn who stated there was previous incident with the school counselor at Parkway Elementary, JO, and her son, DQ. Janelle stated on 01-19-21 DQ dropped his utensil on the ground in the classroom while he was eating lunch. She stated DQ went to Julie to ask for another utensil and she advised that Julie put the utensil that he dropped on the floor into DQ`s mouth.

Janelle stated she contacted the school and reported the incident to the BOE to be handled internally. Janelle stated that all she wanted was for JO to be moved to another school because DQ does not want to keep attending Parkway Elementary because JO is still the school counselor.

Janelle stated she wanted a report filed for her possession.