IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANELLE QUINN, individually and on behalf of her minor child D.J.Q. Jr. | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 1:22-cv-00051-JRH-BKE<br>) |
| COLUMBIA COUNTY SCHOOL DISTRICT | )<br>)<br>) |
| | ) JURY TRIAL DEMANDED<br>)<br>) |
| Defendant. | ) |

## NOTICE OF APPEAL

COMES NOW, Ms. Quinn and Jr., Plaintiffs in the underlying action, by and through their undersigned counsel, to hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment granting summary judgment to the Defendant entered in this action of the 12th day of March 2024.

This 10th day of May 2024.

/s/ Angelik Edmonds
Angelik Edmonds
Attorney for Plaintiff
GA Bar: 650757
Edmonds Law Office of Civil Rights LLC
135 Auburn Avenue NE, Suite B
Atlanta, Georgia 30303
O: 678-404-1239
F: +1 678-623-9090
E: angie@aedmondslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANELLE QUINN, individually and on behalf of her minor child D.J.Q. Jr. | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:22-cv-00051-JRH-BKE |
| COLUMBIA COUNTY SCHOOL DISTRICT | )<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I electronically served Plaintiffs' Notice of Appeal via ECF which will automatically send notice to the attorneys of record, Leonard O. Fletcher, Jr. at lofletcher@fhflaw.com, William L. Fletcher, Jr. at willfletcher@fhflaw.com and Troy A. Lanier at tlanier@tlanierlaw.com.

DATE: May 10, 2024

                                                                                    Respectfully submitted,

<u>/s/Angelik Edmonds</u>
Angelik Edmonds
Attorney for Plaintiffs
GA Bar: 650757
Edmonds Law Office of Civil Rights LLC
135 Auburn Ave., Suite B
Atlanta, Georgia 30303
O: 678-404-1239
F: +1 678-623-9090
E: angie@aedmondslaw.com
