# United States District Court
## Southern District of Georgia

| | | |
|---|---|---|
| JOHN E. TRIPLETT<br>ACTING CLERK | OFFICE OF THE CLERK<br>P.O. Box 1130<br>AUGUSTA, GEORGIA   30903 | TELEPHONE   (706)849-4400 |

David Smith, Clerk
U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA  30303

D.C. Number  1:22cv051

U.S.C.A. Number

RE:  Quinn v. Columbia County School District

---

Enclosed are documents regarding an appeal in this matter.

- [x] Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed
- [x] First Notice of Appeal:  [✓] Yes  [ ] No
       Date of other _____
- [ ] Certified record on appeal consisting of:
       ___ Volume (s) of pleadings;   ___ Volume (s) of transcripts;
       ___ Volume (s) of exhibits/deposition;   ___ other: _____
- [x] There was no hearing from which a transcript could be made
- [ ] Copy of CJA form appointing counsel
- [ ] The following materials were sealed in this court (order enclosed):
- [x] The appellate docket fee has been paid:  [✓] Yes  [ ] No
       Date paid  5/10/2024
- [ ] Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)
- [x] The Judge appealed from is  J. Randal Hall
- [ ] The Court Reporter is _____
- [ ] This is an appeal of a bankruptcy order
       Bankruptcy Judge: _____
- [ ] This is a DEATH PENALTY appeal
- [ ] OTHER:

cc:

Sincerely,

JOHN E. TRIPLETT, ACTING CLERK
U.S. DISTRICT COURT

BY: _____
         Deputy Clerk

DATE:  5/13/2024