APPEAL,CLOSED,JYTRL

# U.S. District Court
## Southern District of Georgia (Augusta)
### CIVIL DOCKET FOR CASE #: 1:22−cv−00051−JRH−BKE

Quinn v. Columbia County School District  
Assigned to: Chief Judge J. Randal Hall  
Referred to: Magistrate Judge Brian K. Epps  
Cause: 28:1331 Fed. Question: Civil Rights Violation

Date Filed: 04/27/2022  
Date Terminated: 03/12/2024  
Jury Demand: Both  
Nature of Suit: 448 Civil Rights: Education  
Jurisdiction: Federal Question

**Plaintiff**

**Janelle Quinn**  
*individually, and on behalf of her minor child D.J.Q. Jr.*  
*TERMINATED: 03/12/2024*

represented by **Angelik Edmonds**  
Edmonds Law Office of Civil Rights LLC  
135 Auburn Avenue  
Suite B  
30303  
Atlanta, GA 30303  
678−404−1239  
Fax: 678−623−9090  
Email: angie@aedmondslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Columbia County School District**  
*TERMINATED: 03/12/2024*

represented by **Leonard O. Fletcher , Jr.**  
Fletcher, Harley & Fletcher, LLP  
3529 Walton Way Ext.  
Augusta, GA 30909  
706−724−0558  
Fax: 706−724−4730  
Email: lofletcher@fhflaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Troy A. Lanier**  
Troy A. Lanier, PC  
430 Ellis Street  
Augusta, GA 30901  
706−823−6800  
Fax: 706−724−6064  
Email: tlanier@tlanierlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**William Lawrence Fletcher , Jr.**  
3529 Walton Way Ext.

Augusta, GA 30909
706–724–0558
Fax: 706–724–4730
Email: willfletcher@fhflaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/10/2024 | 42 | | NOTICE OF APPEAL by Janelle Quinn. Filing fee $ 605, receipt number AGASDC–3821339. (Edmonds, Angelik) (Entered: 05/10/2024) |
| 04/05/2024 | 41 | | ORDER granting 40 Motion for Extension of Time to File Appeal. The deadline for Plaintiffs to file a notice of appeal in this action is extended through and including May 11, 2024. Signed by Chief Judge J. Randal Hall on 04/05/2024. (maa) (Entered: 04/05/2024) |
| 04/05/2024 | 40 | | MOTION for Extension of Time to File Notice of Appeal , by Janelle Quinn. Responses due by 4/19/2024. (Edmonds, Angelik) (Entered: 04/05/2024) |
| 03/29/2024 | | | Set/Reset Deadlines: Compliance due by 4/12/2024 re Response 39 Bill of Costs. (thb) (Entered: 03/29/2024) |
| 03/29/2024 | 39 | | BILL OF COSTS by Columbia County School District. (Lanier, Troy) (Entered: 03/29/2024) |
| 03/12/2024 | 38 | | CLERK'S JUDGMENT entered in accordance with 37 Order. Signed by Deputy Clerk on 03/12/2024. (maa) (Additional attachment(s) added on 3/12/2024: # 1 Corrected Main Document) (maa). (Entered: 03/12/2024) |
| 03/12/2024 | 37 | | ORDER granting 30 Motion for Summary Judgment, entering judgment in favor of Defendant and closing this case. Signed by Chief Judge J. Randal Hall on 3/12/2024. (maa) (Entered: 03/12/2024) |
| 06/06/2023 | 36 | | REPLY to Response to Motion re 30 MOTION for Summary Judgment filed by Columbia County School District. (Lanier, Troy) (Entered: 06/06/2023) |
| 05/25/2023 | 35 | | NOTICE of Filing Deficiency re 34 Notice of Intent. (thb) (Entered: 05/25/2023) |
| 05/24/2023 | 34 | | NOTICE of Intent *to File Reply Brief* by Columbia County School District re 33 Response in Opposition to Motion,,,,. (Lanier, Troy) (Entered: 05/24/2023) |
| 05/22/2023 | 33 | | RESPONSE in Opposition re 30 MOTION for Summary Judgment *P's Response in Opposition to Def's Motion for Summary Judgment* filed by Janelle Quinn. (Attachments: # 1 Stmt of Material Fact P's Response to Defendant's Statement of Material Facts, # 2 Stmt of Material Fact P's Statement of Additional Material Facts, # 3 Briefs P's Brief in Support of its Opposition to Defendants Motion for Summary Judgment, # 4 Appendix Appendix of P's Exhibit List, # 5 Affidavit Affidavit of Plaintiff Janelle Quinn, # 6 Exhibit Exhibit 1 Quinn Transfer Request Emails, # 7 Exhibit Exhibit 2 Dr. Michael Doolittle 2.24.2021 Notes, # 8 Exhibit Exhibit 3 Defendant's Responses to Plaintiff's Second Interrogatories to Defendant and First Request for Admissions, # 9 Exhibit Exhibit 4 DOE Complaint, # 10 Exhibit Exhibit 5 Police Report, # 11 Exhibit Exhibit 6 MFLC Operational Manual, # 12 Exhibit |

| | | |
|---|---|---|
| | | Exhibit 7 Out of the Box Therapy Receipts, # 13 Exhibit Exhibit 8 Out of the Box Therapy Records & Report, # 14 Exhibit Exhibit 9 Gas Receipts, # 15 Exhibit Exhibit 10 Sherman−Welch Emails 4.29.2021)(Edmonds, Angelik) (Entered: 05/22/2023) |
| 05/01/2023 | 32 | NOTICE of Manual Filing by Columbia County School District re 30 MOTION for Summary Judgment *Exhibit to Brief* (Lanier, Troy) Modified on 5/2/2023 (csr). (Entered: 05/01/2023) |
| 05/01/2023 | 31 | NOTICE issued re: 30 MOTION for Summary Judgment by Columbia County School District. Responses due by 5/22/2023. (csr) (Entered: 05/01/2023) |
| 05/01/2023 | 30 | MOTION for Summary Judgment by Columbia County School District. Responses due by 5/22/2023. (Attachments: # 1 Briefs, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Stmt of Material Fact)(Lanier, Troy) (Entered: 05/01/2023) |
| 03/31/2023 | 29 | STATUS REPORT *Joint Status Report* by Janelle Quinn. (Edmonds, Angelik) (Entered: 03/31/2023) |
| 03/07/2023 | 28 | NOTICE of Restriction of Discovery Related Materials re: 27 Affidavit of Service. (csr) (Entered: 03/07/2023) |
| 12/19/2022 | 26 | TEXT ORDER granting 25 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 12/19/2022. (cjc) (Entered: 12/19/2022) |
| 12/19/2022 | | MOTIONS REFERRED: 25 MOTION for Leave of Absence as to Janelle Quinn (slt) (Entered: 12/19/2022) |
| 12/16/2022 | 25 | MOTION for Leave of Absence as to Janelle Quinn for dates of : March 20, 2023, March 21, 2023, March 22, 2023, March 23, 2023, March 24, 2023, March 27, 2023, March 28, 2023, March 29, 2023, March 31, 2023, March 31, 2023, June 21, 2023, June 22, 2023 June 23, 2023, June 26, 2023 June 27, 2023 June 28, 2023 June 29, 2023, June 30, 2023 July 3, 2023, July 4, 2023, October 2, 2023, October 3, 2023, October 4, 2023, October 5, 2023 October 6, 2023, October 9, 2023, October 10, 2023, October 11, 2023, October 12, 2023 October 13, 2023, October 14, 2023, December 21, 2023, December 22, 2023, December 25, 2023, December 26, 2023, December 27, 2023, December 28, 2023 December 29, 2023 December 30, 2023, December 31, 2023, January 1, 2024 by Janelle Quinn. Responses due by 12/30/2022. (Attachments: # 1 Text of Proposed Order)(Edmonds, Angelik) (Entered: 12/16/2022) |
| 12/14/2022 | | Set/Reset Deadlines: Discovery due by 3/31/2023. Motions due by 5/1/2023. Status Report due by 3/31/2023. (loh) (Entered: 12/14/2022) |
| 12/14/2022 | 24 | REVISED SCHEDULING ORDER granting re 23 Motion for Extension of Time to Complete Discovery. Signed by Magistrate Judge Brian K. Epps on 12/14/22. (loh) (Entered: 12/14/2022) |
| 12/14/2022 | 23 | ORAL MOTION for Extension of Time to Complete Discovery by Columbia County School District. REFERRED to Judge Brian K. Epps.(cjc) (Entered: 12/14/2022) |
| 12/14/2022 | 22 | Minute Entry for proceedings held by telephone before Magistrate Judge Brian K. Epps: Discovery Hearing held by telephone on 12/14/2022. Defendant's oral motion to extend the discovery period granted. Court to enter an order. (Court |

| | | | |
|---|---|---|---|
| | | | Reporter FTR.) (cjc) (Entered: 12/14/2022) |
| 12/13/2022 | 21 | | NOTICE of Hearing by telephone: Discovery Hearing by telephone set for 12/14/2022 10:00 AM before Magistrate Judge Brian K. Epps. Please dial 877–336–1829, enter code 5508163 and enter password 0051 to access the teleconference.(cjc) (Entered: 12/13/2022) |
| 12/06/2022 | 20 | | ORDER granting the oral motion to compel and orders Plaintiff to appear in person for her deposition on Friday, December 16, 2022, beginning at 10:30 a.m., at the offices of defense counsel William L. Fletcher, Jr. Signed by Magistrate Judge Brian K. Epps on 12/06/2022. (jlh) (Entered: 12/06/2022) |
| 12/06/2022 | 19 | | Minute Entry for proceedings held by telephone before Magistrate Judge Brian K. Epps: Status Conference by telephone held on 12/6/2022. Court to enter an order. (Court Reporter FTR.) (cjc) (Entered: 12/06/2022) |
| 12/06/2022 | 18 | | NOTICE that discovery is not filed with the Court re 17 Amended Document re Plaintiff's Amended Notice of Deposition of Michele Sherman. (thb) (Entered: 12/06/2022) |
| 12/06/2022 | 17 | | ***ENTERED IN ERROR***AMENDED DOCUMENT by Janelle Quinn. *Plaintiff's Amended Notice of Deposition of Michele Sherman*. (Edmonds, Angelik) Modified on 12/6/2022 (thb). (Entered: 12/06/2022) |
| 12/02/2022 | 16 | | NOTICE of Hearing by telephone: Status Conference by telephone set for 12/6/2022 03:00 PM before Magistrate Judge Brian K. Epps. Please dial 877–336–1829, enter code 5508163 and enter password 0051 to access the teleconference.(cjc) (Entered: 12/02/2022) |
| 10/13/2022 | 15 | | NOTICE of Discovery Restriction re 14 Deposition. (JH) (Entered: 10/13/2022) |
| 10/13/2022 | 14 | | ***Entered in Error*** DEPOSITION of Janelle Quinn taken on 11/01/2022 by Columbia County School District.(Lanier, Troy) Modified on 10/13/2022 (JH). (Entered: 10/13/2022) |
| 09/23/2022 | 13 | | REVISED SCHEDULING ORDER. Order granting 12 Motion for Extension of Discovery Deadline. All provisions of the prior 10 Scheduling Order, not revised herein shall remain in full force and effect. Signed by Magistrate Judge Brian K. Epps on 9/23/2022. (csr) (Entered: 09/23/2022) |
| 09/23/2022 | | | MOTIONS REFERRED: 12 Joint MOTION for Extension of Time to Complete Discovery (slt) (Entered: 09/23/2022) |
| 09/22/2022 | 12 | | Joint MOTION for Extension of Time to Complete Discovery by Janelle Quinn. Responses due by 10/6/2022. (Attachments: # 1 Proposed Order)(Edmonds, Angelik) (Entered: 09/22/2022) |
| 06/10/2022 | 11 | | TEXT ORDER granting 8 Motion for Leave of Absence. Signed by Magistrate Judge Brian K. Epps on 6/10/2022. (cjc) (Entered: 06/10/2022) |
| 06/08/2022 | 10 | | SCHEDULING ORDER: Amended Pleadings due by 7/19/2022. Discovery due by 10/7/2022. Motions due by 11/7/2022. Expert Witness Report (Plaintiff) due by 8/5/2022. Expert Witness Report (defendant) due by 9/6/2022. Status Report due by 10/7/2022. Signed by Magistrate Judge Brian K. Epps on 6/8/2022. (ca) (Entered: 06/08/2022) |
| 06/08/2022 | | | |

| | | | |
|---|---|---|---|
| | | | MOTIONS REFERRED: 9 REPORT of Rule 26(f) Planning Meeting. (thb) (Entered: 06/08/2022) |
| 06/08/2022 | 9 | | REPORT of Rule 26(f) Planning Meeting. (Edmonds, Angelik) (Entered: 06/08/2022) |
| 06/08/2022 | | | MOTIONS REFERRED: 8 MOTION for Leave of Absence as to Janelle Quinn for dates of : June 20, 2022, June 21, 2022, June 22, 2022, June 23, 2022, June 24, 2022, June 27, 2022, June 28, 2022, June 29, 2022, June 30, 2022, July 1, 2022, September 21, 2022, September 22, 2022. (thb) (Entered: 06/08/2022) |
| 06/07/2022 | 8 | | MOTION for Leave of Absence as to Janelle Quinn for dates of : June 20, 2022, June 21, 2022, June 22, 2022, June 23, 2022, June 24, 2022, June 27, 2022, June 28, 2022, June 29, 2022, June 30, 2022, July 1, 2022, September 21, 2022, September 22, 2022, September 23, 2022, September 23, 2022, September 26, 2022, September 27, 2022, September 28, 2022, September 29, 2022, September 30, 2022, November 23, 2022, November 24, 2022, November 25, 2022 and December 23, 2022, December 26, 2022, December 27, 2022, December 28, 2022, December 29, 2022 and December 30, 2022 by Janelle Quinn. Responses due by 6/21/2022. (Attachments: # 1 Text of Proposed Order Proposed Order)(Edmonds, Angelik) (Entered: 06/07/2022) |
| 05/31/2022 | 7 | | Litigants' Bill of Rights by Janelle Quinn. (Edmonds, Angelik) (Additional attachment(s) added on 6/1/2022: # 1 Main Document (Correct PDF)) (thb). (Entered: 05/31/2022) |
| 05/20/2022 | 6 | | Litigants' Bill of Rights by Columbia County School District. (Lanier, Troy) (Entered: 05/20/2022) |
| 05/20/2022 | 5 | | *Columbia County School District's* ANSWER to Complaint by Columbia County School District.(Lanier, Troy) (Entered: 05/20/2022) |
| 05/02/2022 | 4 | | SUMMONS Returned Executed by Janelle Quinn. Columbia County School District served on 4/29/2022, answer due 5/20/2022. (Edmonds, Angelik) (Entered: 05/02/2022) |
| 04/28/2022 | 3 | | RULE 26(f) ORDER. Signed by Magistrate Judge Brian K. Epps on 4/28/2022. (maa) (Entered: 04/28/2022) |
| 04/28/2022 | 2 | | Summons Issued as to Columbia County School District. (maa) (Entered: 04/28/2022) |
| 04/27/2022 | | | Filing fee: $402, receipt number AGASDC–3336359 (maa) (Entered: 04/28/2022) |
| 04/27/2022 | 1 | | COMPLAINT against Columbia County School District, filed by Janelle Quinn. (Attachments: # 1 Civil Cover Sheet)(maa) (Entered: 04/28/2022) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANELLE QUINN, individually and on behalf of her minor child D.J.Q. Jr.  )<br>)<br>)<br>)<br>)<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>COLUMBIA COUNTY  )<br>SCHOOL DISTRICT  )<br>)<br>)<br>)<br>)<br>Defendant.   ) | Civil Action No. 1:22-cv-00051-JRH-BKE<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

COMES NOW, Ms. Quinn and Jr., Plaintiffs in the underlying action, by and through their undersigned counsel, to hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment granting summary judgment to the Defendant entered in this action of the 12th day of March 2024.

This 10th day of May 2024.

/s/ Angelik Edmonds
Angelik Edmonds
Attorney for Plaintiff
GA Bar: 650757
Edmonds Law Office of Civil Rights LLC
135 Auburn Avenue NE, Suite B
Atlanta, Georgia 30303
O: 678-404-1239
F: +1 678-623-9090
E: angie@aedmondslaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANELLE QUINN, individually and on behalf of her minor child D.J.Q. Jr. | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:22-cv-00051-JRH-BKE ) |
| COLUMBIA COUNTY SCHOOL DISTRICT | ) ) ) ) |
| | ) JURY TRIAL DEMANDED ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I electronically served Plaintiffs' Notice of Appeal via ECF which will automatically send notice to the attorneys of record, Leonard O. Fletcher, Jr. at lofletcher@fhflaw.com, William L. Fletcher, Jr. at willfletcher@fhflaw.com and Troy A. Lanier at tlanier@tlanierlaw.com.

DATE: May 10, 2024

Respectfully submitted,

/s/Angelik Edmonds
Angelik Edmonds
Attorney for Plaintiffs
GA Bar: 650757
Edmonds Law Office of Civil Rights LLC
135 Auburn Ave., Suite B
Atlanta, Georgia 30303
O: 678-404-1239
F: +1 678-623-9090
E: angie@aedmondslaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JANELLE QUINN, individually and on behalf of her minor child D.J.Q., Jr.,<br><br>Plaintiffs,<br><br>v.<br><br>COLUMBIA COUNTY SCHOOL DISTRICT,<br><br>Defendant. | CV 122-051 |

**O R D E R**

Before the Court is Plaintiffs' motion for extension of time to file a notice of appeal. (Doc. 40.) Federal Rule of Appellate Procedure 4(a)(5)(A) provides:

> The district court may extend the time to file a notice of appeal if:
> (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
> (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

Plaintiffs seek to appeal the Court's March 12, 2024 Order granting Defendant's motion for summary judgment and the final judgment entered the same day. (Doc. 40, at 1.) Thus, the deadline to file a notice of appeal is April 11, 2024. See FED. R. APP. P. 4(a)(1)(A). Because Plaintiffs moved for an extension of time to file a notice of appeal before the April 11, 2024 deadline, Plaintiffs' motion is timely. Furthermore, Plaintiffs represent

their reason for requesting an extension is that Plaintiffs' counsel, who recently returned from a scheduled leave of absence from March 13, 2024 to April 1, 2024, is on a trial calendar for "late April 2024." (Doc. 40, at 2.) Upon due consideration, the Court finds Plaintiffs demonstrate good cause for an extension of time to file a notice of appeal and **GRANTS** Plaintiffs' motion (Doc. 40). See FED. R. APP. P. 4(a)(5)(A)(ii).

Plaintiffs request the Court extend the deadline until May 12, 2024. (Doc. 40, at 2.) However, Federal Rule of Appellate Procedure 4(a)(5)(C) provides: "No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later." Accordingly, the deadline for Plaintiffs to file a notice of appeal in this action is extended through and including **MAY 11, 2024**.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JANELLE QUINN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 122-051

COLUMBIA COUNTY SCHOOL DISTRICT,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 12, 2024, the Court grants Defendant's Motion for Summary Judgment, enters judgment in favor of defendant and closes this case.



March 12, 2024
Date

John E. Triplett, Clerk of Court
Clerk

*Morgan A. Akins*
(By) Deputy Clerk